IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 29 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| IN RE: PALMAZ SCIENTIFIC INC.; and ABPS VENTURE ONE, LTD.; ) ) ) | |
| Debtors. ) ) | CIVIL ACTION NO. SA-18-CA-612-FB |

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, ) ) | |
| Plaintiff/Appellee, ) ) | |
| V. ) ) | |
| MILO H. SENGER, ) ) | |
| Defendant/Appellant. ) | |

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSURE

On this day came before the Court the Unopposed Motion to Consolidate Appeals filed by Admiral Insurance Company ("Admiral") in the present Civil Action No. SA-18-CA-612-FB, at docket entry #3. Admiral requests that this present Civil Action No. SA-18-CA-612-FB be consolidated with a previously-filed case, Civil Action No. SA-18-CA-606-FB, for all purposes. Both cases are pending on this Court's docket and both actions involve an appeal from the identical bankruptcy order. Admiral moves to consolidate the present Civil Action No. SA-18-CA-612-FB with the previously-filed Civil Action No. SA-18-CA-606-FB so Admiral can proceed in the same appeal to the District Court with the other insurers. After careful consideration, the Court is of the opinion the motion should be granted and Civil Action No. SA-18-CA-612-FB should be consolidated with Civil Action No. SA-18-CA-606-FB.

IT IS THEREFORE ORDERED that the Unopposed Motion to Consolidate Appeals filed by Admiral Insurance Company in this present Civil Action No. SA-18-CA-612-FB, at docket entry #3, is GRANTED. Pursuant to Federal Rule of Civil Procedure 42(a), Civil Action No. SA-18-CV-612-FB

is CONSOLIDATED with Civil Action No. SA-18-CA-606-FB for all purposes. All Pleadings, motions or other papers will be filed in Civil Action No. SA-18-CA-606-FB, the style of which has been amended to reflect that Admiral Insurance Company is one of the plaintiffs/appellees. The Clerk of Court shall administratively close this Civil Action No. SA-18-CA-612-FB.

It is so ORDERED.

SIGNED this 29th day of June, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE