IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., as Liquidating Trustee of the Palmaz Scientific Litigation Trust,<br>    Plaintiff<br><br>v.<br><br><br>ADMIRAL INSURANCE CO., COLONY INSURANCE CO., ALLIED WORLD ASSURANCE COMPANY (U.S.), INC., FEDERAL INSURANCE CO., and HISCOX INSURANCE CO. INC.,<br>    Defendants | § § § § § § § § § § § § § § § § | Adv. Proc. No. 17-05027-CAG |
| In re:<br><br>PALMAZ SCIENTIFIC INC.,<br><br>Debtor. | § § § § § § § | CASE NO. 16-50552<br><br>Chapter 11 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Milo H. Segner, Jr., as Litigation Trustee for Palmaz Scientific Litigation Trust (the "Trustee"), and Admiral Insurance Co., Colony Insurance Co., Allied World Assurance Company (U.S.), Inc., Federal Insurance Co., Hiscox Insurance Co., Inc. (collectively, the "Defendants") hereby stipulate as follows:

Plaintiff and Defendants file this stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1.  Plaintiff is Milo H. Segner, Jr., Liquidating Trustee of the Palmaz Scientific Litigation

1

Trust. Defendants are Admiral Insurance Co., Colony Insurance Co., Allied World Assurance Company (U.S.), Inc., Federal Insurance Co., Hiscox Insurance Co., Inc.

2. On March 23, 2017, Plaintiff sued Defendants for a declaratory judgment on certain coverage issues related to insurance policies issued by the Defendants.

3. Plaintiff and Defendants have agreed to the dismissal of all claims in this suit with prejudice.

4. This case is not a class action under Fed. R. Civ. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2

5. This case is not governed by any federal statute that requires a court order for dismissal of this party.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice.

8. Plaintiffs and Defendants agree that all costs and attorneys' fees are the responsibility of the party incurring same.

**Agreed and stipulated by:**

SOMMERMAN, MCCAFFITY &
QUESADA, L.L.P.

*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

ATTORNEYS FOR TRUSTEE

*/s/ Michael A. Balascio*
Judy Y. Barrasso
Michael A. Balascio
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

ATTORNEYS FOR ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.


PEABODY & ARNOLD LLP

*/s/ Maureen Mulligan*
Maureen Mulligan, MA BBO #556482
*Pro Hac Vice Admission*
Jane A. Horne, MA BBO #672690
*Pro Hac Vice Admission*
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
*mmulligan@peabodyarnold.com*
*jhorne@peabodyarnold.com*

COUNSEL FOR HISCOX INSURANCE COMPANY, INC.


*/s/ Erica Kerstein*
Erica Kerstein, *Pro Hac Vice*, NY 4046421
**White and Williams LLP**
Times Square Tower
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: 212.868.4837
Facsimile: 212.631.1244
email: Kersteine@whiteandwilliams.com

COUNSEL FOR COLONY INSURANCE CO.

3

CLYDE & CO US LLP

    */s/ L. Kimberly Steele*
L. Kimberly Steele
State Bar No. 04127600
kimberly.steele@clydeco.us
10440 N. Central Expressway, Suite 800
Dallas, TX   75231
Telephone:     (214) 540-7539
Facsimile:     (214) 540-7540
Email: kimberly.steele@clydeco.us

COUNSEL FOR DEFENDANT FEDERAL INSURANCE COMPANY


    */s/ Thomas M. Spitaletto*
Thomas M. Spitaletto, Esq.
State Bar No.:   00794679
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas   75270-3758
E-Mail: thomas.spitaletto@wilsonelser.com
(214) 698-8000 (Telephone)
(214) 698-1101 (Facsimile)

COUNSEL FOR ADMIRAL INSURANCE CO.

21457405v.1