**APPEAL, CLOSED**

# U.S. Bankruptcy Court
## Western District of Texas (San Antonio)
## Adversary Proceeding #: 17−05027−cag

*Assigned to:* Judge Craig A. Gargotta
*Lead BK Case:* 16−50552
*Lead BK Title:* Palmaz Scientific Inc. and ABPS Venture One, Ltd.
*Lead BK Chapter:* 11
*Demand:*
   *Nature[s] of Suit:* 91 Declaratory judgment

*Date Filed:* 03/23/17
*Date Terminated:* 09/11/18

*Plaintiff*
-----------------------
**Milo H Segner**
c/o Sommerman, McCaffity & Quesada, LLP
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219
(214) 720−0720

represented by **Sean J McCaffity**
Sommerman, McCaffity & Quesada, LLP
3811 Turtle Creek
Suite 1400
Dallas, TX 75219
214−720−0720
Email: smccaffity@textrial.com

V.

*Defendant*
-----------------------
**Admiral Insurance Co.**
c/o Todd Hampton
233 South Wacker Dr.
Ste. 3900
Chicago, IL 60606

represented by **Thomas M Spitaletto**
Wilson Elser Moskowitz Edelman & Dicker LLP
901 Main Street
Suite 4800
Dallas, TX 75202
214−698−8000
Fax : 214−698−1101
Email: thomas.spitaletto@wilsonelser.com

*Defendant*
-----------------------
**Colony Insurance Company**
c/o Registered Agent
Corporation Service Company
Bank of America Center 16th Floor
1111 East Main St.
Richland, VA 23219

represented by **Ronald Hornberger**
Plunkett Griesenbeck & Mimari, Inc.
Catholic Life Insurance Building
1635 N.E. Loop 410, Suite 900
San Antonio, TX 78209
(210) 734−7092
Fax : (210) 734−0379
Email: rhornberger@pg−law.com

**Erica Kerstein**
White and Williams LLP
7 Times Square

New York, NY 10036
(212) 868–4837

**Erica J. Kerstein**
White and Williams, LLP
7 Times Square, Suite 2900
NEW YORK, NY 10036
212–868–4837
Fax : 212–244–6200
Email: kersteine@whiteandwilliams.com

*Defendant*
-----------------------
**Allied World Assurance Company**
c/o agent at Counsel, Legal Department
Allied World Assurance Company
(U.S.),
Inc. 199 Water Street
New York, NY 10038

represented by **Michael A Balascio**
Barrasso Usdin Kupperman Freeman & Sarve
909 Poydras St.
Suite 2400
New Orleans, LA 70112
504–589–9700
Email: mbalascio@barrassousdin.com

*Defendant*
-----------------------
**Federal Insurance Company**
c/o Registered Agent
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

represented by **L. Kimberly Steele**
Clyde & Co US LLP
10440 N. Central Expressway
Suite 800
Dallas, TX 75231
214–540–7538
Fax : 214–540–7540
Email: kimberly.steele@clydeco.us

*Defendant*
-----------------------
**Hiscox Insurance Company**
c/o Corporation Service Company
211 E. 7th Street
Suite 620
Austin, TX 78701

represented by **Nicolas Yanco Aitches–Gavrizi**
Thompson Coe Cousins and Irons
701 Brazos
Austin, TX 78701
512–703–5039
Email: ngavrizi@thompsoncoe.com
*TERMINATED: 02/27/2018*

**Wade Caven Crosnoe**
Thompson Coe Cousins & Irons, LLP
701 Brazos Street, Suite 1500
Austin, TX 78701
512–708–8200
Fax : 512–708–8777
Email: wcrosnoe@thompsoncoe.com

*Defendant*
-----------------------
**Insurica, Inc.**
5100 N. Classen Blvd. #300
Oklahoma City, OK 73118
*TERMINATED: 02/22/2018*

represented by **Jeffrey G. Tinkham**
Martin, Disiere, Jefferson & Wisdom
808 Travis Street, 20th Floor
Houston, TX 77002
(713) 632–1700
Fax : (713) 222–0101

Email: tinkham@mdjwlaw.com
*TERMINATED: 02/22/2018*

*Intervenor*
-----------------------
**John Asel**      represented by **Andy Taylor**
Andy Taylor & Associates, P.C.
2668 Highway 36S, #288
Brneham, TX 77833
713−222−1817
Fax : 713−222−1855
Email: ataylor@andytaylorlaw.com

*Intervenor*
-----------------------
**Julio Palmaz**      represented by **Caroline Newman Small**
Davis & Santos, P.C.
719 S. Flores Street
San Antonio, TX 78204
210−853−5882
Fax : 210−200−8395
Email: csmall@dslawpc.com

*Intervenor*
-----------------------
**Steven Solomon**      represented by **Thomas M. Melsheimer**
Winston & Strawn LLP
2501 N. Harwood Street 17th Floor
Dallas, TX 75201
(214) 453−6500
Email: TMelsheimer@winston.com

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 09/19/2018 | | 221 | Notice of Withdrawal of Document filed by Michael A Balascio for Defendants Admiral Insurance Co., Allied World Assurance Company, Federal Insurance Company, Hiscox Insurance Company (Attachments: # 1 Proposed Order) (Balascio, Michael) (related document(s): 200 Joint Motion for Leave to Appeal Filed by Wade Caven Crosnoe, L. Kimberly Steele, Michael A Balascio for Defendants Allied World Assurance Company, Federal Insurance Company, Hiscox Insurance Company. (Attachments: # 1 Exhibit June 4, 2018 Memo, Opinion and Order # 2 Exhibit Proposed Order) (Balascio, Michael) (related document(s): 195 Judge's Memorandum/Opinion And Order Denying Defendant Admiral's Motion To Dismiss And Memorandum Of Law In Support (ECF No.3) (related document(s): 3 Motion to Dismiss Case filed by Thomas M Spitaletto for Defendant Admiral Insurance Co. (Attachments: # 1 Proposed Order)) (Order entered on 6/4/2018)), 204 JOINDER of Motion for Leave to Appeal Filed by Thomas M Spitaletto for Defendant Admiral Insurance Co.. (Attachments: # 1 Proposed Order) (Spitaletto, Thomas) (related document(s): 195 Judge's Memorandum/Opinion And Order Denying Defendant Admiral's Motion To Dismiss And Memorandum Of Law In Support (ECF No.3) (related document(s): 3 Motion to Dismiss Case filed by Thomas M Spitaletto for Defendant Admiral Insurance Co. (Attachments: # 1 Proposed Order)) (Order entered on 6/4/2018)) Modified on 6/20/2018.) |

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MILO H. SEGNER, JR., as § <br> Liquidating Trustee of the Palmaz § <br> Scientific Litigation Trust, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ADMIRAL INSURANCE CO., § <br> COLONY INSURANCE CO., § <br> ALLIED WORLD ASSURANCE § <br> COMPANY (U.S.), INC., § <br> FEDERAL INSRUANCE CO., and § <br> HISCOX INSURANCE CO., INC., § <br> Defendants. § <br> _____ § <br> In re: § <br> PALMAZ SCIENTIFIC INC., § <br> Debtor. § | Adv. Proc. No.17-05027-cag <br><br><br><br> Case No. 16-50552 <br> Chapter 11 |

## INSURERS' WITHDRAWAL OF MOTION FOR LEAVE TO APPEAL
## JUNE 4, 2018 MEMORANDUM, OPINION AND ORDER DENYING MOTION TO DISMISS

Defendants Allied World Assurance Company (U.S.) Inc., Federal Insurance Company, Hiscox Insurance Company, and Admiral Insurance Company (the "Insurers"), through undersigned counsel, respectfully request that they be permitted to withdraw the Motion for Leave to Appeal June 4, 2018 Memorandum, Opinion and Order Denying Motion to Dismiss (Doc. No. 200), which was filed on June 15, 2018 and joined by Admiral Insurance Company on June 18, 2018 (Doc. No. 204). The Insurers represent that the parties in the underlying matter have amicably resolved their dispute.

Accordingly, Defendants Allied World Assurance Company (U.S.) Inc., Federal Insurance Company, Hiscox Insurance Company, and Admiral Insurance Company request that their Motion

1

4

for Leave to Appeal pending before the United States District Court, Western District of Texas, be withdrawn and not considered.

Respectfully submitted,

/s/ Michael A. Balascio
Judy Y. Barrasso, *Pro Hac Vice*, La. 2814
Michael A. Balascio, *Pro Hac Vice*, La. 33715
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER L.L.C.**
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
mbalascio@barrassousdin.com

*Counsel for Allied World Assurance Company (U.S.) Inc.*

/s/ L. Kimberly Steele
L. Kimberly Steele, Tx.x. 04127600
**CLYDE & CO US LLP**
10440 N. Central Expressway, Suite 800
Dallas, TX 75231
Telephone: (214) 540-7538
Facsimile: (214) 540-7540
kimberly.steele@clydeco.us

*Counsel for Federal Insurance Company*

/s/ Thomas M. Spitaletto
Thomas M. Spitaletto
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75270
Telephone: (214) 698-8000
Facsimile: (214) 698-1101
thomas.spitaletto@wilsonelser.com

and

James K. Thurston
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: (312) 821-6125
Facsimile: (312) 704-1522
james.thurston@wilsonelser.com

*Counsel for Admiral Insurance Company*

*/s/ Maureen Mulligan*
Maureen Mulligan, Pro Hac Vice, MA 556482
Jane Horne, Pro Hac Vice, MA 672690
**PEABODY & ARNOLD LLP**
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 951-2022
Facsimile: (617) 235-3501
mmulligan@peabodyarnold.com
jhorne@peabodyarnold.com

and

Wade C. Crosnoe, Tx. 00783903
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
701 Brazos, Suite 1500
Austin, TX 78701
Telephone: (512) 708-8200
Facsimile: (512) 708-8777
wcrosnoe@thompsoncoe.com

*Counsel for Hiscox Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September, 2018 he caused a true and correct copy of the foregoing pleading to be served via electronic mail on all parties who have requested notice via the Court's CM/ECF Electronic Notification System and via e-mail to any counsel listed below who does not receive notice through the CM/ECF System:

Sean McCaffity
**SOMMERMAN, MCCAFFITY & QUESADA**
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
smccaffity@textrial.com
*Counsel for Plaintiff Litigation Trustee*

Erica Kerstein
**WHITE AND WILLIAMS, LLP**
7 Times Square, Suite 2900
New York, NY 10036
Telephone: (212) 868-4837
Facsimile: (212) 631-1244
kersteine@whiteandwilliams.com

and

Ronald Hornberger
**PLUNKETT, GRISENBECK & MIMARI, INC.**
1635 N.E. Loop 410, Suite 900
San Antonio, TX 78209
Telephone: (210) 734-7092
Facsimile: (210) 734-0379
rhornberger@pg-law.com

*Counsel for Colony Insurance Co.*

                                                   */s/ Michael A. Balascio*

*1519779_1*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., as Liquidating Trustee of the Palmaz Scientific Litigation Trust, <br> Plaintiff, <br><br> v. <br><br> ADMIRAL INSURANCE CO., et al., <br> Defendants. <br> _____ <br> In re: <br> PALMAZ SCIENTIFIC INC., <br> Debtor. | § § § § § § § § § § § § § § § | Adv. Proc. No.17-05027-cag <br><br><br><br><br><br> Case No. 16-50552 <br> Chapter 11 |

**ORDER GRANTING INSURERS' WITHDRAWAL OF MOTION**
**FOR LEAVE TO APPEAL JUNE 4, 2018 MEMORANDUM,**
<u>**OPINION AND ORDER DENYING MOTION TO DISMISS**</u>

The Court has considered the motion by Defendants Allied World Assurance Company (U.S.) Inc., Federal Insurance Company, Hiscox Insurance Company and Admiral Insurance Company for Withdrawal of Motion for Leave to Appeal June 4, 2018 Memorandum,

Opinion and Order Denying Motion to Dismiss, and finds that the withdrawal should be **GRANTED**.

**IT IS THEREFORE ORDERED** that defendants Allied World Assurance Company (U.S.) Inc., Federal Insurance Company, Hiscox Insurance Company, and Admiral Insurance Company be allowed to withdraw their motion for leave to appeal the Court's June 4, 2018 Memorandum, Opinion and Order denying the Motion to Dismiss.

###

Order submitted by:

Judy Y. Barrasso, *Pro Hac Vice*, La. 2814
Michael A. Balascio, *Pro Hac Vice*, La. 33715
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER L.L.C.**
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
mbalascio@barrassousdin.com
*Counsel for Allied World Assurance Company (U.S.) Inc.*

L. Kimberly Steele, Tx.x. 04127600
**CLYDE & CO US LLP**
10440 N. Central Expressway, Suite 800
Dallas, TX 75231
Telephone: (214) 540-7538
Facsimile: (214) 540-7540
kimberly.steele@clydeco.us
*Counsel for Federal Insurance Company*

Maureen Mulligan, Pro Hac Vice, MA 556482
Jane Horne, Pro Hac Vice, MA 672690
**PEABODY & ARNOLD LLP**
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 951-2022
Facsimile: (617) 235-3501
mmulligan@peabodyarnold.com
jhorne@peabodyarnold.com

AND

Wade C. Crosnoe, Tx. 00783903
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
701 Brazos, Suite 1500
Austin, TX 78701
Telephone: (512) 708-8200
Facsimile: (512) 708-8777
wcrosnoe@thompsoncoe.com
*Counsel for Hiscox Insurance Company, Inc*

Thomas M. Spitaletto
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75270
Telephone: (214) 698-8000
Facsimile: (214) 698-1101
thomas.spitaletto@wilsonelser.com

AND

James K. Thurston
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: (312) 821-6125
Facsimile: (312) 704-1522
james.thurston@wilsonelser.com
*Counsel for Admiral Insurance Company*